UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BERRY, ET AL., | No. CIV-S-05-0239 MCE/KJM |
| Plaintiffs, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| COUNTY OF PLACER, | |
| Defendant. | |

Pursuant to the representations of the attorney for plaintiffs, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before **October 3, 2005.**

///
///
///
///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: July 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE